THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DEAN SMALLS, Appellant.—

Concur — Markewich, J. P., Nunez, McNally, Steuer and Tilzer, JJ.